**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

AMERICAN TOWER MANAGEMENT, LLC; AMERICAN TOWER DELAWARE CORPORATION; UNISITE, LLC; SPECTRASITE COMMUNICATIONS, LLC; AMERICAN TOWERS LLC; AMERICAN TOWER ASSET SUB, LLC; CENTRAL STATES TOWER HOLDINGS, LLC; DCS TOWER SUB, LLC; GTP TOWERS I, LLC; GTP ACQUISITION PARTNERS II, LLC; ATC SEQUOIA, LLC; GRAINCOMM III; INSITE WIRELESS GROUP, LLC; and INSITE TOWERS DEVELOPMENT, LLC

    Plaintiffs,

v.

TPT SpeedConnect, LLC,

    Defendant.

Case No. 1:23-cv-1336

**CORPORATE DISCLOSURE STATEMENT FOR**
**AMERICAN TOWER ASSET SUB, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff American Tower Asset Sub, LLC states that it is a Delaware limited liability company wholly owned by American Tower Holding Sub, LLC. The ultimate parent corporation of American Tower Asset Sub, LLC is American Tower Corporation, a Delaware corporation and publicly traded real estate investment trust.

Dated: May 25, 2023

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

/s/ *Colby A. Kingsbury*
Colby A. Kingsbury
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1000
Facsimile: (312) 569-3000

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Corporate Disclosure Statement for American Tower Management, LLC with the Clerk of the Court using the CM/ECF system on the 25th day of May, 2023.

/s/ *Colby A. Kingsbury*
Colby A. Kingsbury

US.357722762.01